**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:   Docket Number 2022-KJ-0188

State Of Louisiana in the Interest of D.W.

City Court of East St. Tammany
Case #: 212152
St. Tammany Parish

On Application for Rehearing filed on   10/03/2022 by State of Louisiana

Rehearing   _denied_

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date   OCT 1 2 2022

_____
Rodd Naquin, Clerk